**UNITED STATES DISTRICT COURT**
**FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRANDON KELLAM, | : | |
| | : | |
| Petitioner | : | No. 1:16-CV-00574 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| CAPT. SPAULDING, WARDEN, | : | |
| | : | |
| Respondent | : | |

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Kellam's petition (Doc. NO. 1) and amended petition (Doc. No. 4) are **DISMISSED.**

2. The Clerk of Court is directed to **CLOSE** this case.


   S/ Yvette Kane
Yvette Kane
United States District Judge

Date: August 19, 2016